IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Furio, Isabella C                                          Case Number:  04 B 44419
                                                                        Judge:  Hollis, Pamela S

Printed:  10/9/07                                                       Filed:  12/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  July 23, 2007
Confirmed:  January 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,075.00 |  |
| Secured: |  | 943.75 |
| Unsecured: |  | 2,380.77 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,450.00 |
| Trustee Fee: |  | 300.47 |
| Other Funds: |  | 0.01 |
| Totals: | 6,075.00 | 6,075.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,450.00 | 2,450.00 |
| 2. | American Auto Ins | Secured | 943.75 | 943.75 |
| 3. | Jefferson Capital | Unsecured | 545.58 | 360.25 |
| 4. | Charming Shoppes-Fashion Bug | Unsecured | 546.42 | 360.80 |
| 5. | T Mobile | Unsecured | 566.64 | 374.16 |
| 6. | Cavalry Portfolio Services | Unsecured | 1,946.92 | 1,285.56 |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | AT&T | Unsecured | | No Claim Filed |
| 9. | Our Lady of Resurrection | Unsecured | | No Claim Filed |
| 10. | Comcast | Unsecured | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | Addison Radiology Assoc | Unsecured | | No Claim Filed |
| 13. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 14. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 15. | World Com | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,999.31 | $ 5,774.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 43.87 |
| 4% | 22.69 |
| 3% | 10.44 |
| 5.5% | 58.92 |
| 5% | 17.77 |
| 4.8% | 146.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Furio, Isabella C | Case Number: 04 B 44419 |
| | Judge: Hollis, Pamela S |
| Printed: 10/9/07 | Filed: 12/2/04 |

_____
$ 300.47

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____